# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

**Milwaukee Division**

517 E. Wisconsin Ave, Room 362
Milwaukee, WI 531202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

June 2, 2020

Samantha Pletcher
Adam Pletcher
872 Hunters Ridge Drive
Genoa City, WI 53128

    Re:    **Pletcher et al v. Sparkplug Capital LLC**
                **Case No. 20-CV-811**

Dear Plaintiffs:

    This case has been assigned to U.S. Magistrate Judge Stephen C. Dries. Enclosed please find a form regarding magistrate jurisdiction for your consideration. Please complete and submit the magistrate form within 21 days of the date of this letter

    <u>Failure to comply with this requirement may result in the Court's dismissal of your case</u>.

    Very truly yours,

    GINA M. COLLETTI
    Clerk of Court

    s/ T. Byal
    Deputy Clerk