# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

**Milwaukee Division**

517 E. Wisconsin Ave, Room 362
Milwaukee, WI 531202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
*www.wied.uscourts.gov*

June 26, 2020

Samantha Pletcher
Adam Pletcher
872 Hunters Ridge Drive
Genoa City, WI 53128

    Re:    **<u>Pletcher et al v. Sparkplug Capital LLC</u>**
              **Case No.  20-CV-811**

Dear Plaintiffs:

**THIS IS YOUR SECOND NOTICE**

    This case has been assigned to U.S. Magistrate Judge Stephen C. Dries.  Enclosed please find a form regarding magistrate jurisdiction for your consideration. Please complete and submit the magistrate form within 21 days of the date of this letter

    <u>Failure to comply with this requirement may result in the Court's dismissal of your case</u>.

                              Very truly yours,

                              GINA M. COLLETTI
                            Clerk of Court

                            s/ T. Byal
                            Deputy Clerk