UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ADAM PLETCHER,
SAMANTHA PLETCHER,

    Plaintiffs,

v.

SPARKPLUG CAPITAL LLC,

    Defendant.

Case No: 20-cv-00811

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, the following documents were electronically filed with the United States District Court for the Eastern District of Wisconsin by using the CM/ECF system.

Defendant, Sparkplug Capital LLC's
Answer and Affirmative Defenses to Plaintiff's Complaint
Disclosure Statement

I further certify that I have mailed the foregoing documents by First-Class Mail and Certified Mail to the following non-CM/ECF participant:

Adam Pletcher and Samantha Pletcher
872 Hunters Ridge Drive
Genoa City, WI 53128

Dated this 28th day of August, 2020

/s/ Jolanta U. Beras
Legal Assistant