UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ADAM PLETCHER,
SAMANTHA PLETCHER,

       Plaintiffs,

v.

SPARKPLUG CAPITAL LLC,

       Defendant.

Case No: 20-cv-00811

## SPARKPLUG CAPITAL LLC'S DISCLOSURE STATEMENT

The undersigned counsel of record for Defendant, Sparkplug Capital LLC, furnish the following disclosure in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1.

Sparkplug Capital LLC is a domestic nonprofit corporation. It has no parent corporation and no publicly held corporation owning more than 10 percent of its stock. The undersigned attorneys are the only attorneys expected to appear in this Court on behalf of Sparkplug Capital LLC.

Dated this 28th day of August, 2020

/s/ Kevin A. Christensen
Kevin A. Christensen (SBN: 1011760)
Andrea G. Jahimiak (SBN: 1115348)
Attorneys for Defendant Sparkplug Capital LLC
Wilson Elser Moskowitz Edelman & Dicker LLP
740 N. Plankinton Avenue, Suite 600
Milwaukee, WI 53203
Tel: (414) 276-8816
Fax: (414) 276-8819
Kevin.Christensen@wilsonelser.com
Andrea.Jahimiak@wilsonelser.com