UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SAMANTHA PLETCHER and
ADAM PLETCHER,
        Plaintiffs,

v.                                          Case No. 20-cv-811

SPARKPLUG CAPITAL LLC,
        Defendant.

## ORDER

Plaintiffs have brought this action under 28 U.S.C. § 1332, alleging that the parties are diverse and the amount in controversy exceeds $75,000. ECF No. 1, ¶¶ 1-5. Plaintiff alleges that Defendant is a Delaware limited liability company with its principal place of business in Colorado. *Id.*, ¶¶ 2-3. Defendant admits as much. ECF No. 6, ¶¶ 2-3. However, the citizenship of a limited liability company is the citizenship of each of its members. *See Wise v. Wachovia Sec., LLC*, 450 F.3d 265, 267 (7th Cir. 2006). Because I do not know the citizenship of Defendant's members, I am uncertain of my jurisdiction over this matter. Defendant shall identify the citizenship of each of its members for the purpose of ascertaining the court's jurisdiction by **September 14, 2020**.

**SO ORDERED** at Milwaukee, Wisconsin, this 31st day of August, 2020.

                                              s/Lynn Adelman
                                              LYNN ADELMAN
                                              District Judge