UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ADAM PLETCHER,
SAMANTHA PLETCHER,

        Plaintiffs,

v.

        Case No: 20-cv-00811

SPARKPLUG CAPITAL LLC,

        Defendant.

## SPARKPLUG CAPITAL LLC'S RESPONSE TO COURT'S ORDER

**NOW COMES** Defendant, Sparkplug Capital LLC ("Defendant"), by and through its attorneys, Wilson Elser Moskowitz Edelman & Dicker LLP, hereby responds to the Court's August 31, 2020 Order regarding Defendant's citizenship as follows:

Defendant's members are Sparkplug Partners, LLC and SPC Blocker, LLC. Sparkplug Partners, LLC is organized under the laws of Delaware and its principal place of business is in the state of Colorado. Sparkplug Partners, LLC's members are BCG Red Dot, LP, Seth Bent, and Elk Mountain, Ltd. BCG Red Dot, LP is organized under the laws of Texas, its principal place of business is in the state of Texas, and its individual members each have a permanent home in the state of Texas to which s/he has the intention of returning whenever s/he is absent therefrom. Seth Bent has a permanent home in the state of Colorado to which he has the intention of returning whenever he is absent therefrom. Elk Mountain, Ltd. is organized under the laws of Texas, its principal place of business is in the state of Texas, and its individual members each have a permanent home in the state of Texas to which s/he has the intention of returning whenever s/he is absent therefrom.

384113v.1

SPC Blocker, LLC is organized under the laws of Delaware, its principal place of business is in the state of Colorado, and its sole member is Sparkplug Partners, LLC. Details of Sparkplug Partners, LLC's state of organization, principal place of business, and details pertaining to its individual members are described above.

Dated: September 14, 2020.

        WILSON ELSER MOSKOWITZ
        EDELMAN & DICKER, LLP
        Attorneys for Defendant, Sparkplug Capital LLC

        BY: /s/Kevin A. Christensen
        Kevin A. Christensen
        State Bar No.: 1011760
        Kevin.Christensen@wilsonelser.com
        Andrea G. Jahimiak
        State Bar No.: 1115348
        Andrea.Jahimiak@wilsonelser.com

**U.S. Postal Address**
740 North Plankinton Avenue
Suite 600
Milwaukee, WI 53203
Phone: 414-276-3021