# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ADAM PLETCHER and
SAMANTHA PLETCHER,
        Plaintiffs,

v.                              Case No. 20-cv-811

SPARKPLUG CAPITAL LLC,
        Defendant.

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding        Date: 10/28/20
Time Commenced: 11:15 a.m.        Concluded: 11:38 a.m.
Deputy Clerk: TR        Court Reporter: none

APPEARANCES:

Plaintiff: Adam Pletcher

Defendant: Kevin Christensen

Nature of Conference: Telephonic Scheduling Conference

Notes:

- **The parties updated the Court on the status of the case. Plaintiffs will provide Defendant with their initial disclosures shortly. Defendant will file a motion to dismiss within three weeks. Plaintiffs should review the Eastern District of Wisconsin's Local Rules for the appropriate form and timing of their response to a motion to dismiss. The Court modified the parties' proposed schedule. See scheduling order for details.**