UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**ADAM PLETCHER and**
**SAMANTHA PLETCHER,**
        **Plaintiffs,**

v.                                Case No. 20-cv-811

**SPARKPLUG CAPITAL, LLC,**
        **Defendant.**

## ORDER FOLLOWING SCHEDULING CONFERENCE

On October 28, 2020, the court held a scheduling conference in accordance with Fed. R. Civ. P. 16 and Civil L. R. 16(a) (E.D. Wis.).

**IT IS ORDERED** that:

1. Defendant shall file its motion to dismiss by **November 18, 2020**.

2. All amendments of the pleadings shall require either consent of the parties or leave of the Court.

3. a. All requests for discovery shall be served by a date sufficiently early so that all discovery in this case can be completed no later than **April 29, 2021**.

    b. Plaintiffs shall have until no later than **March 1, 2021** to name lay and expert witnesses and produce reports. Defendant shall have until no later than **March 31, 2021** to name lay and expert witnesses and produce reports. No rebuttal expert witnesses shall be allowed without leave of the court.

    c. Any discovery motions brought pursuant to Rules 26 through 37 of the Federal Rules of Civil Procedure must comply with Civil L. R. 37, by including

> a written certification by the movant that, after the movant in good faith has conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, the

parties are unable to reach an accord. The statement must recite the date and time of the conference or conferences and the names of all parties participating in the conference or conferences.

      d.     All discovery motions and non-dispositive pretrial motions must be filed pursuant to Civil L. R. 7(h), unless the court otherwise permits. The motion must not exceed three pages in length. No separate memorandum may be filed with the motion, and any supporting affidavit allowed by Civil L. R. 7(h) must not exceed two pages. An opposing memorandum, which must not exceed three pages in length, may be filed within seven days of service of the motion. The court will notify the parties of the date and time for a hearing on the motion, if the court deems it necessary.

4.     a.     Any dispositive motions must be served and filed on or before **May 14, 2021**.

      b.     All summary judgment motions and briefing thereon must comply with Civil L. R. 7 and 56(b). Any summary judgment motion filed against a pro se litigant must comply with Civil L. R. 56(a).

5.     The court expects counsel to confer and make a good faith effort to settle the case.

The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court.

**SO ORDERED** at Milwaukee, Wisconsin, this 28th day of October, 2020.

s/Lynn Adelman
LYNN ADELMAN
District Judge