UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ADAM PLETCHER,
SAMANTHA PLETCHER,

        Plaintiffs,

v.

SPARKPLUG CAPITAL LLC,

        Defendant.

Case No: 20-cv-00811

### SPARKPLUG CAPITAL LLC's NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENT PROCESS, AND INSUFFICIENT SERVICE OF PROCESS

Defendant, Sparkplug Capital LLC, by its attorneys, Wilson Elser Moskowitz Edelman & Dicker, LLP, hereby moves the Court for dismissal of Plaintiffs', Adam Pletcher and Samantha Pletcher, Complaint for lack of personal jurisdiction, insufficient process, and insufficient service of process under the Federal Rules of Civil Procedure 12(b)(2), 12 (b)(4), and 12(b)(5).

This Motion is supported by Defendant's Brief in Support of its Motion to Dismiss for Lack of Personal Jurisdiction, Insufficient Process, and Insufficient Service of Process and Affidavits of Suzanne Biesendorfer and Kevin A. Christensen, which are filed contemporaneously herewith.

Dated this 18th day of November, 2020.

        /s/ *Kevin A. Christensen*
        Kevin A. Christensen (SBN: 1011760)
        Andrea G. Jahimiak (SBN: 1115348)
        Wilson Elser Moskowitz Edelman & Dicker, LLP
        Attorneys for Defendant, Sparkplug Capital LLC
        740 N. Plankinton Avenue, Suite 600
        Milwaukee, WI 53203
        Phone: 414-276-8816
        Kevin.Christensen@wilsonelser.com
        Andrea.Jahimiak@wilsonelser.com