UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ADAM PLETCHER,
SAMANTHA PLETCHER,

    Plaintiffs,

v.

SPARKPLUG CAPITAL LLC,

    Defendant.

Case No: 20-cv-00811

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, the following documents were electronically filed with the United States District Court for the Eastern District of Wisconsin by using the CM/ECF system.

Sparkplug Capital LLC's Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction, Insufficient Process, and Insufficient Service of Process

Sparkplug Capital LLC's Brief in Support of its Motion to Dismiss for Lack of Personal Jurisdiction, Insufficient Process, and Insufficient Service of Process

Affidavit of Suzanne Biesendorfer with Exhibits A and B

Affidavit of Attorney Kevin A. Christensen with Exhibit 1

I further certify that I have mailed the foregoing documents by First-Class Mail to the following non-CM/ECF participant:

Adam Pletcher
Samantha Pletcher
872 Hunters Ridge Drive
Genoa City, WI 53128

Dated this 18th day of November, 2020.

    */s/Karen J. Campanelli*
    Office Assistant