

November 18, 2020

**Kevin A. Christensen**
414.292.3034 (direct)
414.587.0922 (mobile)
Kevin.Christensen@wilsonelser.com

*VIA E-FILE*
Clerk to the Hon. Lynn Adelman
U.S. District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave. Rm. 362
Milwaukee, WI 53202

**Re:  Pletcher, et al v. Sparkplug Capital LLC**
     **E.D of Wisconsin Case No.:  20-cv-00811**
     **Our File No.: 17574.00065**

Dear Clerk:

Filed herewith is a copy of the unreported case of *Roberts v. Jensen*, 801 Fed. Appx. 422, 2020 U.S. App LEXIS 2248 (7th Cir. 2020) that is cited in Sparkplug Capital LLC's Brief in Support of its Motion to Dismiss for Lack of Personal Jurisdiction, Insufficient Process, and Insufficient Service of Process (Dkt. 17) filed on today's date.

Very truly yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

*/s/ Kevin A. Christensen*

Kevin A. Christensen

KAC/lmb
Enclosure

740 North Plankinton Avenue, Suite 600 • Milwaukee, WI 53203 • p 414.276.8816 • f 414.276.8819

Alabama • Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston
Indiana • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Mississippi • Missouri • Nashville • New Jersey • New Orleans
New York • Orlando • Philadelphia • Phoenix • San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains

wilsonelser.com