IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SAMANTHA PLETCHER; and ADAM PLETCHER

    Plaintiffs,

vs.

SPARKPLUG CAPITAL LLC, a Delaware Limited-Liability Company.

    Defendant.

Case No: 20-cv-00811

**MOTION FOR EXTENSION OF TIME TO OPPOSE THE MOTION OF DEFENDANT TO DISMISS THE COMPLAINT**

Pursuant to Rule 6(b), Fed. R. Civ. P., Plaintiffs hereby move to extend by twenty-one (21) days, until December 30, 2020, the date to oppose the Motion of Defendant to Dismiss the Complaint, filed on November 18, 2020. Plaintiff requests this extension in order to more thoroughly review the motion and properly prepare a response. Defendant has consented and will not oppose this request for an extension of 21 days.

Dated: December 9, 2020

By: _____

Adam & Samantha Pletcher
Plaintiffs

- 1 -