# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SAMANTHA PLETCHER; and ADAM PLETCHER<br><br>Plaintiffs,<br>vs.<br><br>SPARKPLUG CAPITAL LLC, a Delaware Limited-Liability Company.<br><br>Defendant. | Case No: 20-cv-00811<br><br>MOTION FOR EXTENSION OF TIME TO OPPOSE THE MOTION OF DEFENDANT TO DISMISS THE COMPLAINT |

Pursuant to Rule 6(b), Fed. R. Civ. P., Plaintiffs hereby move to extend by twenty-one (21) days, until December 30, 2020, the date to oppose the Motion of Defendant to Dismiss the Complaint, filed on November 18, 2020. Plaintiff requests this extension in order to more thoroughly review the motion and properly prepare a response. Defendant has consented and will not oppose this request for an extension of 21 days.

Dated: December 9, 2020      By: _____
                                Adam & Samantha Pletcher
                                Plaintiffs

- 1 -