# EXHIBITS "A" & "B"



Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

Remove ✕

**Tracking Number:** 70192970000126225197

Your item has been delivered to the original sender at 4:26 pm on July 27, 2020 in GENOA CITY, WI 53128.

## ✓ Delivered

July 27, 2020 at 4:26 pm
Delivered, To Original Sender
GENOA CITY, WI 53128

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**July 27, 2020, 4:26 pm**
Delivered, To Original Sender
GENOA CITY, WI 53128
Your item has been delivered to the original sender at 4:26 pm on July 27, 2020 in GENOA CITY, WI 53128.

**July 27, 2020, 9:50 am**
Out for Delivery
GENOA CITY, WI 53128

**July 27, 2020, 9:39 am**
Arrived at Unit

GENOA CITY, WI 53128

**July 24, 2020**
In Transit to Next Facility

**July 23, 2020, 12:37 pm**
Arrived at USPS Regional Origin Facility
MILWAUKEE WI PROCESSING CENTER

**July 21, 2020, 5:53 pm**
Departed USPS Regional Destination Facility
DENVER CO DISTRIBUTION CENTER

**July 20, 2020, 8:53 pm**
Arrived at USPS Regional Destination Facility
DENVER CO DISTRIBUTION CENTER

**July 16, 2020, 1:26 pm**
Departed USPS Regional Destination Facility
COLORADO SPRINGS CO DISTRIBUTION CENTER

**June 18, 2020, 1:27 pm**
Arrived at USPS Regional Destination Facility
COLORADO SPRINGS CO DISTRIBUTION CENTER

**June 13, 2020, 8:09 am**
Forward Expired
BOULDER, CO 80304

**June 12, 2020, 9:36 pm**
Departed USPS Regional Facility
DENVER CO DISTRIBUTION CENTER

**June 12, 2020, 2:11 pm**
Arrived at USPS Regional Destination Facility
DENVER CO DISTRIBUTION CENTER

**June 10, 2020, 11:46 pm**
Departed USPS Regional Facility
MILWAUKEE WI PROCESSING CENTER

**June 10, 2020, 11:22 pm**
Arrived at USPS Regional Origin Facility

MILWAUKEE WI PROCESSING CENTER

**June 10, 2020, 4:49 pm**
Departed Post Office
GENOA CITY, WI 53128

**June 10, 2020, 4:14 pm**
USPS in possession of item
GENOA CITY, WI 53128

## Product Information ∧

| **Postal Product:** | **Features:** | See tracking for related item: 9590940251759122856898 |
|---|---|---|
| First-Class Mail® | Certified Mail™ | (/go/TrackConfirmAction?tLabels=9590940251759122856898) |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Track Another Package +

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=U psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

Remove ✕

**Tracking Number:** 9590940251759122856898

Your package is on its way to a USPS facility. Sign up to **get updates**, and we'll send you a delivery date and time when available.

## Pre-Shipment

June 10, 2020 at 4:14 pm
Return Receipt Associated

### Text & Email Updates                                              ⌄

### Tracking History                                                  ⌃

**June 10, 2020, 4:14 pm**
Return Receipt Associated
The U.S. Postal Service has received electronic notification on June 10, 2020 at 4:14 pm that you have associated a return receipt to your item.

### Product Information                                               ⌃

| Postal Product: | Features: | See tracking for related item: 70192970000126225197 |
|---|---|---|
| First-Class Package Service - Retail | Return Receipt USPS Tracking® | (/go/TrackConfirmAction?tLabels=70192970000126225197) |

# EXHIBIT "D"



```
Address:            475 E IL ROUTE 173
                    ANTIOCH
                    IL 60002
Location:           FEPKH
Device ID:          -BTC01
Transaction:        940271282186

FedEx Express Saver
395519901527    0.50 lb (S)         16.25
     Direct Signature Required
     Declared Value   100
Recipient Address:
     REGISTERED AGENCY SPARK PLUG
     COGENCY GLOBAL INC.
     7700 E ARAPAHOE RD SUITE 220
     Centennial, CO 80112
     0000000000

Scheduled Delivery Date 8/10/2020

Pricing option:
     ONE RATE

Package Information:
     FedEx Envelope

            Shipment subtotal:     $16.25

                   Total Due:      $16.25

              (S) CreditCard:      $16.25
         ************0530


         M = Weight entered manually
         S = Weight read from scale
         T = Taxable item

Terms and Conditions apply. See
fedex.com/us/service-guide for details.


         Visit us at: fedex.com
         Or call 1.800.GoFedEx
            1.800.463.3339

         Aug 05, 2020 1:38:32 PM


  ********** WE LISTEN **********
       Tell us how we're doing
 & receive a discount on your next order!
     fedex.com/welisten or 800-398-0242
         Redemption Code: _____

              *** Thank you ***
```