UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ADAM PLETCHER,
SAMANTHA PLETCHER,

   Plaintiffs,

v.

                Case No: 20-cv-00811

SPARKPLUG CAPITAL LLC,

   Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2021, the following documents were electronically filed with the United States District Court for the Eastern District of Wisconsin by using the CM/ECF system.

Sparkplug Capital LLC's Reply Brief in Support of its Motion to Dismiss for Lack of Personal Jurisdiction, Insufficient Process, and Insufficient Service of Process

I further certify that I have mailed the foregoing documents by First-Class Mail to the following non-CM/ECF participant:

       Adam Pletcher
      Samantha Pletcher
     872 Hunters Ridge Drive
     Genoa City, WI 53128

Dated this 11th day of January, 2021.

               */s/Karen J. Campanelli*
               Office Assistant