# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SAMANTHA PLETCHER; and ADAM PLETCHER | Case No: 20-cv-00811 |
| Plaintiffs, | PLAINTIFF'S MOTION FOR LEAVE TO NAME EXPERT WITNESS |
| vs. | |
| SPARKPLUG CAPITAL LLC, a Delaware Limited-Liability Company. | |
| Defendant. | |

## PLAINTIFF'S MOTION FOR LEAVE TO NAME EXPERT WITNESS

Plaintiff's hereby request leave of this court to allow the naming of Timothy J. Riley, MS, LPC, CRC of Vocational Professionals, Inc. as an expert witness, specifically to provide a report as required pursuant Wisconsin case law in determining loss wages and/or reduced future income capacity. Vocational Expert, Tim Riley, will have a full report prepared for the Court by May 1, 2021 which is well within the revised schedule as requested by Defense Counsel and uncontested by Plaintiffs. Plaintiffs do not believe any prejudice will result from this brief extension of the Expert Witness Naming deadline.

Respectfully submitted,

Dated: April 5, 2021    By: _____
                            Adam & Samantha Pletcher
                            Plaintiffs

- 1 -

**Samantha Pletcher**
872 Hunters Ridge Dr.
Genoa City, WI 53128



MILWAUKEE WI 530
6 APR 2021 PM 3 L

53202-458299

Clerk of the Court
US District Court
Eastern District of WI
517 E Wisconsin Ave
Milwaukee, WI 53202

