UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ADAM PLETCHER,
SAMANTHA PLETCHER,

        Plaintiffs,

v.

SPARKPLUG CAPITAL LLC,

        Defendant.

Case No: 20-cv-811

## JOINT MOTION FOR LEAVE TO AMEND THE ORDER FOLLOWING SCHEDULING CONFERENCE

Plaintiffs, Adam Pletcher and Samantha Pletcher, appearing pro se, and Defendant, Sparkplug Capital, LLC, by its attorneys, Wilson Elser Moskowitz Edelman & Dicker, LLP, (collectively "Parties"), pursuant to the Federal Rules of Civil Procedure Rule 6(b) and 16(b)(4), hereby respectfully request that this Court grant leave to the Parties to amend the Order Following Scheduling Conference dated October 28, 2020 for good cause as follows:

1. On April 8, 2021, Plaintiffs filed a Motion for Leave to Name Expert Witnesses extending the deadline for Plaintiffs to name experts and produce their reports to May 1, 2021. (Doc. 29).

2. On April 9, 2021, by way of Text Only Order, this Court granted Plaintiffs' Motion for Leave to Name Expert Witnesses extending the deadline for Plaintiffs' to name experts and produce their reports to May 1, 2021.

3. The Parties continue to work diligently through the discovery process.

4. Given the extension for Plaintiffs to name their expert witnesses and produce their reports, the Parties have stipulated to extend the Order Following Scheduling Conference deadlines as follows:

a. Defendant shall have until no later than May 30, 2021 to name lay and expert witnesses and produce reports.

b. All requests for discovery shall be served by a day sufficiently early so that all discovery in this case can be completed no later than June 29, 2021.

c. Any dispositive motions must be served and filed on or before June 29, 2021.

5. A proposed Order consistent with this Joint Motion for Leave to Amend the Order Following Scheduling Conference is filed herewith for the Court's convenience.

WHEREFORE, Plaintiffs and Defendant respectfully request that this Court grant their Joint Motion for Leave to Amend the Order Following Scheduling Conference extending the deadlines of the Order Following Scheduling Conference as requested, stipulated, and agreed to above.

Dated this 9th day of April, 2021.

PRO SE PLAINTIFFS

*/s/ Adam Pletcher*
Adam Pletcher
adam@neotekcorp.com
Samantha Pletcher
samantha@neotekcorp.com
872 Hunters Ridge Dr.
Genoa City, WI 53128
Phone: 847-558-9830
Phone: 262-551-1066

Dated this 12th day of April, 2021.

    WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
Attorneys for Defendant, Sparkplug Capital LLC

/s/ *Kevin A. Christensen*
Kevin A. Christensen
State Bar No.: 1011760
Kevin.Christensen@wilsonelser.com
Andrea G. Jahimiak
State Bar No.: 1115348
Andrea.Jahimiak@wilsonelser.com
740 North Plankinton Avenue
Suite 600
Milwaukee, WI 53203
Phone: 414-276-8816