**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

ADAM PLETCHER,
SAMANTHA PLETCHER,

       Plaintiffs,

                                Case No: 20-cv-811

v .

SPARKPLUG CAPITAL LLC,

       Defendant.

---

**ORDER GRANTING JOINT MOTION FOR LEAVE TO AMEND**
**THE ORDER FOLLOWING SCHEDULING CONFERENCE**

---

THIS MATTER comes before the Court on Plaintiffs and Defendant's Joint Motion for Leave to Amend the Order Following Scheduling Conference. After reviewing the Joint Motion and based upon the stipulation of the Plaintiffs and Defendant, the Court finds that the Joint Motion shall be granted.

IT IS THEREFORE HEREBY ORDERED, that the Order Following Scheduling Conference dated October 28, 2020 is further amended as follows:

1.     Defendant shall have until no later than May 30, 2021 to name lay and expert witnesses and produce reports.

2.     All requests for discovery shall be served by a day sufficiently early so that all discovery in this case can be completed no later than June 29, 2021.

3.     Any dispositive motions must be served and filed on or before June 29, 2021.

All other provisions of the Order Following Scheduling Conference shall remain in full force and effect.

**SO ORDERED** at Milwaukee, Wisconsin, this _____ day of April 2021.

 

**HON. LYNN ADELMAN**
**District Judge**

252003922v.1