UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ADAM PLETCHER,
SAMANTHA PLETCHER,

    Plaintiffs,

v.

    Case No: 20-cv-811

SPARKPLUG CAPITAL LLC,

    Defendant.

## STIPULATION FOR PRECLUSION OF PLAINTIFFS' CLAIMS FOR PAST AND/OR FUTURE WAGE LOSS AND DIMINISHED EARNING CAPACITY

    IT IS HEREBY AGREED AND STIPULATED by and between Plaintiffs, Adam Pletcher and Samantha Pletcher, appearing pro se, and Defendant, Sparkplug Capital, LLC, by its attorneys, Wilson Elser Moskowitz Edelman & Dicker, LLP, that Plaintiffs' claims for past and/or future wage loss and diminished earning capacity shall be precluded from this action, and hereby request the issuance of an Order in the form filed herewith precluding the aforementioned claims.

    Dated this 20th day of May, 2021.

    PRO SE PLAINTIFF

    */s/ Adam Pletcher*
    Adam Pletcher
    adam@neotekcorp.com
    872 Hunters Ridge Dr.
    Genoa City, WI 53128
    Phone: 847-558-9830

Dated this 20th day of May, 2021.

                PRO SE PLAINTIFF

                */s/ Samantha Pletcher*
                Samantha Pletcher
                samantha@neotekcorp.com
                872 Hunters Ridge Dr.
                Genoa City, WI 53128
                Phone: 262-551-1066

Dated this 20th day of May, 2021.

                WILSON ELSER MOSKOWITZ
                EDELMAN & DICKER, LLP
                Attorneys for Defendant, Sparkplug Capital LLC

                */s/ Kevin A. Christensen*
                Kevin A. Christensen
                State Bar No.: 1011760
                Kevin.Christensen@wilsonelser.com
                Andrea G. Jahimiak
                State Bar No.: 1115348
                Andrea.Jahimiak@wilsonelser.com
                555 East Wells Street, Suite 1730
                Milwaukee, WI 53202
                Phone: 414-276-8816