ADAM PLETCHER,
SAMANTHA PLETCHER,

       Plaintiffs,

                                        Case No: 20-cv-811

v.

SPARKPLUG CAPITAL LLC,

       Defendant.

## ORDER FOR PRECLUSION OF PLAINTIFFS' CLAIMS FOR PAST AND/OR FUTURE WAGE LOSS AND DIMINISHED EARNING CAPACITY

Based upon stipulation of the parties,

IT IS HEREBY ORDERED that Plaintiffs' claims for past and/or future wage loss and diminished earning capacity in this action shall be precluded.

**SO ORDERED** at Milwaukee, Wisconsin, this _____ day of May 2021.

 

                                                      **HON. LYNN ADELMAN**
                                                      **District Judge**