# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ADAM PLETCHER,
SAMANTHA PLETCHER,
    Plaintiffs,

v.

SPARKPLUG CAPITAL LLC,
    Defendant.

Case No: 20-cv-811

## ORDER FOR PRECLUSION OF PLAINTIFFS' CLAIMS FOR PAST AND/OR FUTURE WAGE LOSS AND DIMINISHED EARNING CAPACITY

Based upon the parties' stipulation (ECF 31),

**IT IS HEREBY ORDERED** that Plaintiffs' claims for past and/or future wage loss and diminished earning capacity in this action shall be precluded.

**SO ORDERED** at Milwaukee, Wisconsin, this 20th day of May 2021.

                        s/Lynn Adelman
                        LYNN ADELMAN
                        District Judge