# Report of Damon Kaplanek
Damon Doors
1007A W. Layton Ave.
Milwaukee, WI 53221
Phone: (414) 897-0858

Date: May 27, 2021

## Experience

I have 30 years of experience with overhead garage doors including installing, servicing, and repairing garage doors for residential and commercial properties, including, but not limited to, mini storage facilities. Based upon my experience working with mini storage facilities, I have knowledge of their industry standards and protocols for maintenance and inspection. I also am familiar with non-EPS coated springs, such as the one at issue, and manufacturer recommendations that they be lubricated.

## Knowledge

*Operating cycles, life span*
Longevity of a rollup door and their springs is based upon operating cycles. An operating cycle is when a garage door is open and shut. Storage garages have low operating cycles. The standard life span of an overhead garage door's torsion spring is approximately 10,000 operating cycles. If someone were to visit their storage unit once a week, the spring's lifespan would be 192 years.

*Maintenance*
Requisite maintenance of a rollup door, including springs, is premised upon operating cycles. Less use, as in storage garages, does not require yearly maintenance. Routine maintenance at a mini storage facility is to wait for turnover and to inspect and perform any maintenance work as needed. I never had a request to replace a spring before it broke.

*Oiling*
Oiling does not have a meaningful impact on the life span of a spring. Oiling is no of consequence because all springs are pre-stretched. Oiling just cleans surface rust. That even if the spring had not been oiled, an owner would not have the ability to predict whether it would break or put the owner on notice that it needs to be replaced.

*Rust*
The existence of surface rust on a spring is not indicative that it is in danger of breaking or that it needs to be replaced. The existence of surface rust does not dramatically shorten the lift span of the spring.

*Replacement*
That there is no identification within the Trac-Rite's operation manual or within the industry stating that it is standard whereby reasonable operation is to mandate replacement of spring at any interval. That replacement of a spring prior to breaking, including, but not limited to, signs of surface rust, is not routine protocol in the industry.

**EXHIBIT A**

## Opinion

The following opinions and conclusions are based upon my knowledge, experience, and review of the photos of the spring from the unit at issue.

- I can discern there is surface rust on the springs which is typical surface rust and that it would not be obvious to an owner, exercising reasonable diligence, that there was any sign of danger of the spring breaking. The surface rust on the spring does not present a reasonable basis for it to be replaced.

- That a reasonable maintenance person would not have concluded that the spring needed to be replaced.

- That if I had seen the spring the day before the alleged incident, I would not have believed that it needed to be replaced at that time or that oiling of the spring would have had any effect on the spring breaking or not.

Further, based upon my knowledge and experience, the subject mini storage facility is better maintained than other facilities that I have seen.

*Electronically signed by Damon Kaplanek on 5/27/2021 at 5:27 p.m.*