UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ADAM PLETCHER,
SAMANTHA PLETCHER,

      Plaintiffs,

v.

SPARKPLUG CAPITAL LLC,

      Defendant.

Case No: 20-cv-00811

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2021, the following documents were electronically filed with the United States District Court for the Eastern District of Wisconsin by using the CM/ECF system.

Defendant's, Sparkplug Capital, LLC, Lay and Expert Witness List

Exh A - Report of Dr. Kaplanek

I further certify that I have e-mailed the foregoing documents to the following non-CM/ECF participant:

Adam Pletcher
adam@neotekcorp.com

Samantha Pletcher
samantha@neotekcorp.com

Dated this 28th day of May, 2021.

                              /s/ Margret L. Larson
                              Legal Secretary