

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN



U.S. District Court
Wisconsin Eastern

JUN 14 2021

FILED
Clerk of Court

|  |  |
|---|---|
| SAMANTHA PLETCHER; and ADAM PLETCHER | ) Case No: 20-cv-00811 |
| Plaintiffs, | ) PLAINTIFF'S MOTION FOR LEAVE TO NAME REBUTTAL EXPERT |
| vs. | ) |
| SPARKPLUG CAPITAL, LLC, a Delaware Limited-Liability Company. | ) |
| Defendant. | ) |

Plaintiffs hereby request leave of this court to name a rebuttal expert witness, specifically to rebut the opinions and findings in the report of Damon Kaplanek, a named expert first disclosed by Defendant as its retained expert on May 28, 2021. Plaintiffs have already located a qualified expert witness and, with this Court's permission, will retain that individual and can name him. The proposed expert witness will require 30 days from the date of his put on retainer to prepare and submit a rebuttal report.

Plaintiffs do not believe any prejudice will result from the naming of this rebuttal expert witness as it complies with Rule 26(a)(2)(D).

Respectfully submitted,

Dated: June 10, 2021

By: _____

Adam & Samantha Pletcher
Plaintiffs

Mr. Adam Pletcher
872 Hunters Ridge Dr.
Genoa City, WI 53128

Clerk of the Court
US District Court
Eastern District of WI
517 E Wisconsin Ave
Milwaukee, WI 53202