UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ADAM PLETCHER,
SAMANTHA PLETCHER,

       Plaintiffs,

v.

SPARKPLUG CAPITAL LLC,

       Defendant.

Case No: 20-cv-00811

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2021, the following documents were electronically filed with the United States District Court for the Eastern District of Wisconsin by using the CM/ECF system.

Defendant, Sparkplug Capital LLC'S Brief In Opposition To Plaintiffs' Motion for Leave to Name Rebuttal Expert.

I further certify that I have e-mailed the foregoing documents to the following non-CM/ECF participant:

Adam Pletcher
adam@neotekcorp.com

Samantha Pletcher
samantha@neotekcorp.com

Dated this 16th day of June, 2021.

                          /s/ Margret L. Larson
                          Legal Secretary