

June 18, 2021

Kevin A. Christensen
414.292.3034 (direct)
414.587.0922 (mobile)
Kevin.Christensen@wilsonelser.com

**<u>VIA E-MAIL</u>**

Honorable Lynn S. Adelman
US District Court Eastern District
517 E Wisconsin Ave Rm 364
Milwaukee WI 53202-4511

RE: Adam Pletcher, et al v. Sparkplug Capital LLC
E. D. of Wisconsin Case No.: 20-CV-811
Our File No.: 17574.00065

Dear Judge Adelman:

     I write jointly on behalf of the parties in this action to request the matter be referred to a Magistrate Judge for mediation. The parties have conducted substantial discovery, undertaken relevant motion practice, and believe this case is ripe for discussion before a Magistrate relative to potential resolution. I appreciate the Court's acquiescence in this request and look forward to its response.

     In addition, given this request to refer the case for mediation, the parties have agreed that pending deadlines and motions before the Court should be held in abeyance pending the outcome of the proposed mediation. To this end, the parties propose that any applicable forthcoming dates within the Court's current scheduling order be revised accordingly, following mediation. As has been the case previously, the parties anticipate that, if necessary, they will work together to provide the Court via stipulation appropriate dates for the completion of the discovery process following mediation.

     In addition, there are pending motions before the Court. These motions include Plaintiff's Motion in Limine and Plaintiff's Motion Seeking Leave to Name Rebuttal Expert. The latter motion has been fully briefed and is before the Court. The Plaintiff's Motion in Limine has been filed, but a response brief has not yet been filed. Again, the parties jointly request that those motions be held in abeyance pending the outcome of mediation. In the event the case does not resolve, the Defendant will file a response to the Plaintiff's Motion in Limine within 7 days, if this is agreeable with the Court.

     The parties appreciate the Court's attention and cooperation in this matter. Certainly, the parties can make themselves available to the assigned Magistrate for scheduling purposes as soon as

555 East Wells Street, Suite 1730 | Milwaukee, WI 53202 | p 414.276.8816 | f 414.276.8819 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Florham Park, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA
Phoenix, AZ | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY

255458963v.1

Case 2:20-cv-00811-LA   Filed 06/18/21   Page 1 of 2   Document 38



possible. If there are any comments or questions, please feel free to contact me.

Very truly yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

Kevin A. Christensen
KAC/mll

cc: Adam Pletcher - adam@neotekcorp.com
Samantha Pletcher - samantha@neotekcorp.com