UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ADAM PLETCHER,
SAMANTHA PLETCHER,

       Plaintiffs,

v.

SPARKPLUG CAPITAL LLC,

       Defendant.

Case No: 20-cv-00811

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2021, the following documents were electronically filed with the United States District Court for the Eastern District of Wisconsin by using the CM/ECF system.

Joint Letter on behalf of Parties to Judge Lynn S. Adelman

I further certify that I have e-mailed the foregoing documents to the following non-CM/ECF participant:

Adam Pletcher
adam@neotekcorp.com

Samantha Pletcher
samantha@neotekcorp.com

Dated this 18th day of June, 2021.

       /s/ Margret L. Larson
       Legal Secretary

255466528v.1

Case 2:20-cv-00811-LA    Filed 06/18/21    Page 1 of 1    Document 38-1