# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

___

**ADAM PLETCHER and**
**SAMANTHA PLETCHER,**
    **Plaintiffs,**

    **v.**                                                  Case No: 20-cv-811

**SPARKPLUG CAPITAL LLC,**
    **Defendant.**

___

## ORDER

With the full agreement of the parties and pursuant to 28 U.S.C. § 636(b)(3), I will refer this matter to Magistrate Judge Nancy Joseph for mediation.

**THEREFORE, IT IS ORDERED** that Magistrate Judge Joseph is assigned to conduct mediation proceedings in this case, the particular procedures for which shall be within her discretion. The case shall be returned to me following the mediation effort for further action consistent with the result.

**IT IS FURTHER ORDERED** that all outstanding deadlines in this case are hereby **STAYED** pending the mediation effort. The parties are to confer and, if possible, jointly submit new necessary deadlines in the event this matter remains unresolved following mediation.

Dated at Milwaukee, Wisconsin, this 21st day of June, 2021.

                                                    s/Lynn Adelman
                                                    LYNN ADELMAN
                                                    District Judge