UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SAMANTHA PLETCHER AND
ADAM PLETCHER,

 Plaintiffs,

v.              Case No. 20-CV-811

SPARKPLUG CAPITAL, LLC,

 Defendant.

## REQUEST FOR LIMITED REPRESENTATION

At my request, Attorney Thomas E. Hayes of the Law Offices of Thomas E. Hayes, 161 W. Wisconsin Ave Ste 5196, Milwaukee, WI 53203, has agreed to represent plaintiffs at no cost to them for the limited purpose of representing them during mediation. Attorney Hayes is not obligated to conduct discovery, prepare or respond to motions, or participate in the trial of this case, should one occur. Attorney Hayes' representation is limited to the mediation and will automatically terminate upon the mediation's conclusion, regardless of outcome.

**NOW, THEREFORE, IT IS REQUESTED** that Attorney Hayes represent plaintiffs in this action for the limited purpose of representing them during mediation, subject to plaintiffs signing and returning the enclosed form expressing their agreement to Attorney Hayes' limited representation.

**IT IS FURTHER ORDERED** that plaintiffs shall either sign and return the enclosed agreement by **August 27, 2021**, if they wish to proceed with the assistance of counsel, or inform the court in writing that they wish to proceed without the assistance of counsel.

**IT IS FURTHER ORDERED** that the clerk of court shall mail a copy of this order to Attorney Hayes.

Dated at Milwaukee, Wisconsin, this 12th day of August, 2021.

_____
NANCY JOSEPH
United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SAMANTHA PLETCHER AND
ADAM PLETCHER,

    Plaintiffs,

    v.                                              Case No. 20-CV-811

SPARKPLUG CAPITAL, LLC,

    Defendant.

## AGREEMENT TO LIMITED REPRESENTATION

I, Samantha Pletcher, agree to have Attorney Thomas E. Hayes represent me in the above-captioned case for the limited purpose of assisting me with mediation. Attorney Hayes is not obligated to conduct discovery, prepare or respond to motions, or participate in the trial of this case, should one occur. Attorney Hayes' representation is limited to the mediation and will automatically terminate upon the mediation's conclusion, regardless of outcome. I have read, understand, and agree to the terms of this limited representation for mediation assistance.

Date:_____                      Signed:_____
                                                                                      Samantha Pletcher

I, Adam Pletcher, agree to have Attorney Thomas E. Hayes represent me in the above-captioned case for the limited purpose of assisting me with mediation. Attorney Hayes is not obligated to conduct discovery, prepare or respond to motions, or participate in the trial of this case, should one occur. Attorney Hayes' representation is limited to the mediation and will automatically terminate upon the mediation's conclusion, regardless of outcome. I have read, understand, and agree to the terms of this limited representation for mediation assistance.

Date:_____                Signed:_____
                                            Adam Pletcher