UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SAMANTHA PLETCHER AND
ADAM PLETCHER,

    Plaintiffs,

v.                                             Case No. 20-CV-811

SPARKPLUG CAPITAL, LLC,

    Defendant.

## AGREEMENT TO LIMITED REPRESENTATION

I, Samantha Pletcher, agree to have Attorney Thomas E. Hayes represent me in the above-captioned case for the limited purpose of assisting me with mediation. Attorney Hayes is not obligated to conduct discovery, prepare or respond to motions, or participate in the trial of this case, should one occur. Attorney Hayes' representation is limited to the mediation and will automatically terminate upon the mediation's conclusion, regardless of outcome. I have read, understand, and agree to the terms of this limited representation for mediation assistance.

Date: 8-25-21                                                   Signed: _/s/ Samantha Pletcher_

3

Case 2:20-cv-00811-LA   Filed 08/12/21   Page 3 of 4   Document 40
Case 2:20-cv-00811-LA   Filed 09/17/21   Page 1 of 2   Document 41

I, Adam Pletcher, agree to have Attorney Thomas E. Hayes represent me in the above-captioned case for the limited purpose of assisting me with mediation. Attorney Hayes is not obligated to conduct discovery, prepare or respond to motions, or participate in the trial of this case, should one occur. Attorney Hayes' representation is limited to the mediation and will automatically terminate upon the mediation's conclusion, regardless of outcome. I have read, understand, and agree to the terms of this limited representation for mediation assistance.

Date: 8/24/21

Signed: Adam Pletcher

4

Case 2:20-cv-00811-LA   Filed 08/12/21   Page 4 of 4   Document 40
Case 2:20-cv-00811-LA   Filed 09/17/21   Page 2 of 2   Document 41