*Thomas E. Hayes* 

September 30, 2021

U.S. Magistrate Judge Nancy Joseph
United States Courthouse
515 East Wisconsin Avenue
Milwaukee, Wisconsin 53203

    Re:  Samantha Pletcher and Adam Pletcher v. Sparkplug Capital, LLC
           Case No.: 20CV00811

Dear Judge Joseph:

    Please be advised that I must withdraw as pro bono counsel for the Pletcher's mediation on account of a significant conflict of interest between me and defense counsel.

    I apologize for the late notification. But, I only recently learned of the conflict once I ascertained that the Pletchers had consented to my representation and began the process of accumulating the necessary material to represent them in the mediation.

    If you need additional information, do not hesitate to contact me. Thank you.

Respectfully,

*[signature]*

Thomas E. Hayes
Attorney at Law

TEH:tas

cc:  Samantha and Adam Pletcher

161 W. Wisconsin Avenue
Suite 3032 SH6
Milwaukee, WI 53203
414-271-9844
800-839-5840
414-271-4393 Fax
thosehayes@gmail.com
www.attorneytomhayes.com

*Attorney at Law*