

October 4, 2021

Kevin A. Christensen
414.292.3034 (direct)
414.587.0922 (mobile)
Kevin.Christensen@wilsonelser.com

**VIA E-MAIL**
Clerk to the
Honorable Judge Nancy Joseph
US District Court Eastern District
517 E Wisconsin Ave Rm 364
Milwaukee WI 53202-4511

RE: Adam Pletcher, et al v. Sparkplug Capital LLC
E. D. of Wisconsin Case No.: 20-CV-811
Our File No.: 17574.00065

Dear Clerk:

This letter is memorialize my office's telephone discussion with you this morning with regard to the above matter. The mediation and all deadlines have been removed from your calendar and will be discussed at the October 12, 2021 status conference. The time of the status conference has been changed from 9:00 a.m. to 1:30 p.m. I am assuming that the Zoom information that was provided for the 9:00 a.m. hearing time will remain the same for the 1:30 p.m. hearing time.

Thank you.

Very truly yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

Kevin A. Christensen
KAC/mll

cc: Adam Pletcher adam@neotekcorp.com
    Samantha Pletcher samantha@neotekcorp.com
    Thomas E Hayes thosehayes@gmail.com

555 East Wells Street, Suite 1730 | Milwaukee, WI 53202 | p 414.276.8816 | f 414.276.8819 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Florham Park, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA
Phoenix, AZ | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY

255458963v.1