UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ADAM PLETCHER,
SAMANTHA PLETCHER,

       Plaintiffs,

v.

       Case No: 20-cv-00811

SPARKPLUG CAPITAL LLC,

       Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2021, the following documents were electronically filed with the United States District Court for the Eastern District of Wisconsin by using the CM/ECF system.

Letter to the Clerk/Judge Nancy Joseph

I further certify that I have e-mailed the foregoing documents to the following non-CM/ECF participant:

Adam Pletcher
adam@neotekcorp.com

Samantha Pletcher
samantha@neotekcorp.com

Dated this 4th day of October, 2021.

          /s/ Margret L. Larson_____
         Legal Secretary

259755232v.1
Case 2:20-cv-00811-LA   Filed 10/04/21   Page 1 of 1   Document 44-1