# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SAMANTHA PLETCHER, and
ADAM PLETCHER,

                                Plaintiffs,        Case No. **20-CV-811**

    v.

                                                  **MINUTE SHEET**

SPARKPLUG CAPITAL, LLC,

                                Defendant.

---

**Hon. Nancy Joseph, presiding.**        **Deputy Clerk:**

**Type of Proceeding:** STATUS CONFERENCE RE MEDIATION

**Date:** October 12, 2021 at 2:00 pm        **Court Reporter:** Zoon Audio

**Time Commenced:** 2:00pm        **Time Concluded:** 2:17pm

| | | |
|---|---|---|
| **Appearances:** | **Plaintiffs:** | Samantha Pletcher and Adam Pletcher, *pro se* |
| | **Defendant:** | Kevin Christensen |

**Comments:**

Attorney Thomas Hayes informs the court that there is a conflict in this matter, and he will be unable to represent the plaintiffs' during mediation. Mr. Hayes is excused from the hearing. The parties discuss additional scheduling matters. The court sets the following deadlines:

Plaintiffs to provide a written settlement demand no later than **October 15, 2021**.
Defendants to provide a written offer on or before **October 22, 2021**.
Parties are to provide to the court with their settlement position no later than **October 27, 2021**.
Mediation Conference rescheduled for **November 2, 2021 at 10:00 AM** via Zoom.