UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SAMANTHA PLETCHER AND
ADAM PLETCHER,

    Plaintiffs,

    v.                        Case No. 20-CV-811

SPARKPLUG CAPITAL, LLC,

    Defendant.

---

## MEDIATION MINUTES AND ORDER RETURNING CASE

---

**Hon. Nancy Joseph, presiding.**

**Type of proceeding:** MEDIATION/SETTLEMENT CONFERENCE

**Date:** November 2, 2021

**Time Commenced:** 10:00 a.m.    **Time Concluded:** 12:00 p.m.

| **Appearances:** | **Plaintiff:** | Samantha Pletcher, Plaintiff (via Zoom)<br>Adam Pletcher, Plaintiff (via Zoom) |
|---|---|---|
| | **Defendant:** | Kevin A. Christensen, Counsel for Defendant (via Zoom) |

**Comments:** Mediation did not result in resolution of the plaintiffs' claims. The case is returned to the Honorable Lynn Adelman for further processing. The case is no longer referred.