# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ADAM PLETCHER,
SAMANTHA PLETCHER,
    Plaintiffs,

v.                                            Case No: 20-cv-811

SPARKPLUG CAPITAL LLC,
    Defendant.

## ORDER

**IT IS ORDERED** that a telephonic status conference will be held on **November 10, 2021 at 10:30 a.m.** The court will initiate the call. Counsel must email the court prior to the call at AdelmanPO@wied.uscourts.gov to provide contact information.

Dated at Milwaukee, Wisconsin, this 3rd day November, 2021.

                                              s/Lynn Adelman
                                              LYNN ADELMAN
                                              District Judge