

November 8, 2021

Kevin A. Christensen
414.292.3034 (direct)
414.587.0922 (mobile)
Kevin.Christensen@wilsonelser.com

**VIA E-MAIL**

The Honorable Lynn S. Adelman
US District Court Eastern District
517 E Wisconsin Ave Rm 364
Milwaukee WI 53202-4511

RE: Adam Pletcher, et al v. Sparkplug Capital LLC
E. D. of Wisconsin Case No.: 20-CV-811
Our File No.: 17574.00065

Dear Judge Adelman:

I write you with the acquiescence of the Plaintiffs, Samantha and Adam Pletcher, jointly, to provide more detail with regard to the parties' effort at mediation. Pursuant to the Court docket, I understand that Magistrate Judge Joseph, who served as mediator, has informed the Court that the mediation conducted on November 2, 2021 was unsuccessful in resolving the dispute. That is true.

However, following the mediation, Magistrate Joseph conducted a "joint session" among the parties, wherein, it was discussed and decided that the parties would continue efforts at resolving the case, at least in the immediate future. To some extent, the mediation was unsuccessful as a result of recently received information regarding Samantha Pletcher's ongoing medical care. To this end, the Defendants had not had opportunity to review the new information, assess such, and make a determination as to whether, or to what extent, it may affect the Defendant's settlement posture. The Defendants are now in the process through discovery of obtaining the additional, information and will be assessing such in the near future.

To this end, parties are hopeful to continue mediation process. I understand that the referral to Magistrate Joseph for mediation has now ended. However, the parties seek the Court's acquiescence in putting off further scheduling until the parties have had an opportunity to fully investigate another attempt at resolution. Certainly, if it appears that the parties cannot achieve that goal, we will inform the Court soon thereafter so that the Court may administrate this case in a timely fashion.

555 East Wells Street, Suite 1730 | Milwaukee, WI 53202 | p 414.276.8816 | f 414.276.8819 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Florham Park, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA
Phoenix, AZ | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY

262109268v.1

Case 2:20-cv-00811-LA   Filed 11/08/21   Page 1 of 2   Document 48



Lastly, I am in receipt of the Court's notice to conduct a Status Conference on November 10, 2021 at 10:30am to discuss further scheduling in this case. As I am scheduled for another Motion Hearing that will conflict with this Court's Status Conference, I seek a brief adjournment or the Court's approval to have another attorney from my office attend. In fact, if the Court's schedule would allow for such, I can be available after 11:30am on November 10. I appreciate hearing from the Court's clerk with regard to this issue.

I thank the Court for its consideration.

Very truly yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

Kevin A. Christensen
KAC/mll/tjm

cc: Adam Pletcher - adam@neotekcorp.com
Samantha Pletcher - samantha@neotekcorp.com