UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ADAM PLETCHER and
SAMANTHA PLETCHER,
        Plaintiffs,

v.                                Case No. 20-cv-811

SPARKPLUG CAPITAL LLC,
        Defendant.

---

### COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding       Date: 11/10/21
Time Commenced: 11:30 a.m.        Concluded: 11:55 a.m.
Deputy Clerk: CC                     Court Reporter: none

APPEARANCES:

Plaintiff: Adam Pletcher

Defendant: Kevin Christensen

Nature of Conference: Telephonic Status Conference

Notes: The parties updated the court on settlement discussions. The court will hold another telephone status conference on February 10, 2022, at 10:30 a.m.